_____

No. 96-1596SI
_____

United States of America,       *

                           *

           Appellee,       *    Appeal from the United States

                           *    District Court for the Southern

   v.                   *    District of Iowa.

                           *

James Edward Banks,        *    [UNPUBLISHED]

                           *

          Appellant.     *

_____

Submitted:  September 10, 1996

Filed:  September 19, 1996
_____

Before FAGG, HEANEY, and MURPHY, Circuit Judges.
_____


PER CURIAM.


    James Edward Banks pleaded guilty to being a felon in possession of a firearm.  On appeal, Banks contends the district court improperly denied Banks's motion to suppress.  A review of the record and the parties' briefs show the ruling of the district court was correct.  Because the appeal involves the straightforward application of settled principles of law, an extended discussion of the issues will serve no useful purpose.  We thus affirm for the reasons stated in the district court's order.  <u>See</u> 8th Cir. R. 47B.


    A true copy.


        Attest:


              CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.